MARY A. GUILFOYLE, Appellant, *v.* CATHERINE E. PIERCE et al., Respondents.

*Guilfoyle* v. *Pierce*, 125 App. Div. 504, affirmed.
(Submitted June 8, 1909; decided October 5, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 10, 1908, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term

and granting a new trial in an action to set aside a deed on the ground of fraud.

*Franklin Bien* for appellant.

*John M. Gardner* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN and CHASE, JJ. Not voting: WILLARD BARTLETT, J.